Arturo Marcelino Castillo
(Name) Federal Correctional Institution
P.O. Box 420
(Address)
Fairton, New Jersey 08320
(City, State, Zip)
#92864-298
(CDCR / Booking / BOP No.)

```
FILED
JUN 07 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY
```

# United States District Court
## Southern District of California

Arturo Marcelino Castillo
(Enter full name of plaintiff in this action.)

        Plaintiff,

v.

John Doe 1-100,
Jane Doe 1-100,
United States of America,
individually and in their official capacities
(Enter full name of each defendant in this action.)

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. **'24CV1017 BTM DEB**
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below. Bivens v. Six Unknown Named Agents of Fed Bureau of Narcotics, 403 U.S. 388 (1971). and 28 U.S.C. § 1331 (applies to federal prisoners). Negligence Action under the Federal Tort claims Act (FCTA), 28 U.S.C. § 1346

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Arturo Marcelino Castillo
(print Plaintiff's name)
_____, who presently resides at F.C.I Fairton P.O. Box 420,
(mailing address or place of confinement)
Fairton, New Jersey 08320 , were violated by the actions of
the below named individuals. The actions were directed against Plaintiff at M.C.C.
San Diego on (dates) Breach Duty of Care , Failure to Protect , and 8th Amendment
(institution/place where violation occurred)    (Count 1)    (Count 2)    (Count 3)

§ 1983 SD Form
(Rev. 8/15)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant _John Doe 1-100_ resides in _San Diego_,
(name)                                      (County of residence)
and is employed as a _S.I.S officer(s)_. This defendant is sued in
(defendant's position/title (if any))
his/her ☑individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _Breach Duty of Care. / Negligant / Failure to protect_

_____.

Defendant _Jane Doe 1-100_ resides in _San Diego_,
(name)                                      (County of residence)
and is employed as a _S.I.S officer(s)_. This defendant is sued in
(defendant's position/title (if any))
his/her ☐individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _Breach Duty of Care. / Negligant / failure to protect_

_____.

Defendant _John & Jane Doe 1-100_ resides in _S - - ;o United States of America_,
(name)                                      (County of residence)
and is employed as a _officers / STAFF_. This defendant is sued in
(defendant's position/title (if any))
his/her ☑individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _Breach Duty of Care / Negligant / Failure to protect_

_____.

Defendant _United States of America_ resides in _San Diego_,
(name)                                      (County of residence)
and is employed as a _officers / staff_. This defendant is sued in
(defendant's position/title (if any))
his/her ☐individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _Breach Duty of Care / Negligant / failure to protect_

_____.

§ 1983 SD Form
(Rev. 8/15)                                    2

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated:_____ - 8th Amendment

Breach Duty of Care / failure to protect

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.] Feb. 2020

Upon incarceration while being classified for housing, I notified the S.I.S. (security Investigative Services) that I needed protective custody for reasons of being a prison-gang drop-out and renounced my association with the Sureños and merican mafia. I signed their document with my status as an ex-gang member. I was told that there was no P/C floor or unit and was still housed amongst active gang members. However there was a unit where drop-outs were. I fended for myself under a different moniker until it was discovered that I was a drop-out (P/C) and was assaulted, causing multiple facial fractures, + head trauma. On 6-24-20 & 6-25-20 I was admitted into two seperate emergency rooms for this trauma.

All medical records are on file.

I do not know proper legal language and case loads and have had trouble from multiple staff members and facilities to remedy this matter. The underlying complaint was that I was not housed properly and according to my classification. I was injured because of this. I seek monetary compensation for my injuries as well accountability so that protective custody and protective measures are taken more seriously.

§ 1983 SD Form
(Rev. 8/15)

3

Count 2: The following civil right has been violated: _____.

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

The same week I was assaulted I was moved to a private fedral Jail (CCA OTay mesa). Not until I was senteced and designated did Arrive to back a B.O.P. facitity (victorville 1). I tried to remedy there but was denied by staff for reasons of being to close to release date. AT the time I was scheduled for release in 2021. However I was brought back to M.C.C. San Diego on June 2021 for new federel indictment. I brought this up once to staff about remedying this matter, but out of fear for my life I have been awaiting to be at the right place to start my process. Throughout all the facilities because of holdover/transfers and as well as covid-19 procedures & protocols I have not been able to complete this process. Once I arrived here at fairton New Jersey (Drop-out) facility I have been able to file this claim and attempt to remedy this.

All moves and transfers are filed.

I was moved right after this incident which prevented me my right to seek remedy and action against this. Also I was housed in the Segregated Housing Unit which prevents and limited my ability to proper legal aid and as well as staff unwilling to assist with forms. Added to constant moves and covid-19, it has been an obstacle.

Count 3: The following civil right has been violated:_____

(E.g., right to medical care, access to courts,

_____.

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

Besides being moved constantly, At the time of the specific incident I was supposed to see a specialist for my injuries but because of all the transfers it took over a year to see them. So I healed naturally and my eye wonders now. Also I have a constant headache and lost alot of memory. I dont know if I am writing in proper page or how to write out exact count 2 Etc but I'm just stating facts. All medical records are filed. Trips to Emergency rooms, orthopedic, opthomologists, etc.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☑ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____
_____ .

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____ .

(d)  Issues raised: _____
_____
_____
_____
_____ .

(e)  Approximate date case was filed: _____ .

(f)  Approximate date of disposition: _____ .

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not exhausted.

I exhausted my administrative remedies BP-8, BP-9, BP-10, & BP-11 and the office of the General Counsel (Wash. D.C.) denied/rejected me stating I was using wrong avenue, Remedy # 1175822-A2 1184494-R1 .

I also have filed Federal Tort Claim. Still no result. (Past 6 month deadline for them to respond. Federal Tort claim # TRT-NRX-2003-00084 .

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

*to do this to other people, & retaliate against me*
                                                                                              .

       2. Damages in the sum of $ *$10,000,000* .

       3. Punitive damages in the sum of $ _____ *"* _____ .

       4. Other: _____ *"* _____
                                                                                              .

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

_____*5-28-24*_____
Date

_____
Signature of Plaintiff



Arturo M. Castillo   #92864298
Federal Correctional Institution
 P.O. Box 420
Fairton, New Jersey
   08320

RECEIVED
JUN 07 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

Legal
Mail

Southern District of California
Clerk of U.S. District Court
333 West Broadway, Suite 420
San Diego, CA
   92101

FCI Fairton, P.O. Box 280, Fairton, NJ 08320
Date: 6-3-24

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question over which facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please r ʾurn the enclosure to above address."